IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50853
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                          Plaintiff-Appellee,

versus

MARIO ALBERTO RODRIGUEZ,

                                          Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-98-CR-48-1
--------------------
August 24, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

    Having entered a conditional guilty plea to unlawful transportation of aliens in violation of 8 U.S.C. § 1324(a)(1)(A)(ii), Mario Alberto Rodriguez appeals the district court's denial of his motion to suppress evidence. Rodriguez argues that the district court clearly erred in crediting a Border Patrol officer's testimony that Rodriguez's vehicle appeared to be heavily loaded. Based on the evidence presented at the suppression hearing, we find no error in the district court's finding that the car appeared to be heavily laden or in

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

its determination that there was reasonable suspicion to stop the vehicle.  <u>United States v. Ceniceros</u>, 204 F.3d 581, 584 (5th Cir. 2000); <u>United States v. Orozco</u>, 191 F.3d 578, 581-82 (5th Cir. 1999), <u>cert. denied</u>, 120 S. Ct. 996 (2000).

AFFIRMED.